**FILED**

DEC 17 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13cr2981-GT |
| Plaintiff, ) | |
| vs. ) | **ORDER TO CONTINUE SENTENCING HEARING** |
| APOLINAR HERNANDEZ-CARRILLO, ) | |
| Defendant. ) | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Friday, December 20, 2013, Sentencing Hearing be continued to Monday, January 13, 2014, at 9:30 a.m. The Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: 12/17/13

GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE